

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 7, 2022

Application granted.

SO ORDERED.

*[signature]*
CATHY SEIBEL, U.S.D.J.

2/7/22

**VIA ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Justice Beard,* 13 Cr. 880 (CS)

Dear Judge Seibel:

    The Government respectfully moves, with the consent of the United States Probation Office ("Probation"), to request that the Court unseal portions of Probation's file related to the VOSR specifications in the January 27, 2022 VOSR Petition. Probation has indicated that these requested materials may be relevant to the instant VOSR proceedings. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                    By:    /s/ Qais Ghafary
                            Qais Ghafary
                            Assistant United States Attorney
                            Tel: (914) 993-1930