UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA :

v.

JUSTICE BEARD,
Defendant.

---------------------------------------------------x

**ORDER ACCEPTING ADMISSION AS TO VIOLATION OF SUPERVISED RELEASE**

13 CR 880-16 (VB)

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated October 28, 2026,[1] is approved and accepted, and the defendant is adjudged to have admitted Specification 5 of the violation of supervised release petition dated August 19, 2024.

The Clerk is directed to enter the admission.

Dated: November 13, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

---

[1] The transcript containing defendant's plea allocution is dated October 30, 2026. However, it is clear from the ECF docket and the statements made during the allocution that the plea took place on October 28, 2026.